UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

Josh Matheson

    v.                                              Civil No. 17-cv-00036-PB

Kim Lacasse, et al

## O R D E R

No objection having been filed, I herewith approve the Report and Recommendation of Magistrate Judge Andrea K. Johnstone dated May 2, 2017. "'[O]nly those issues fairly raised by the objections to the magistrate's report are subject to review in the district court and those not preserved by such objection are precluded on appeal.'" School Union No. 37 v. United Nat'l Ins. Co., 617 F.3d 554, 564 (1st Cir. 2010) (quoting Keating v. Secretary of Health & Human Servs., 848 F.2d 271, 275 (1st Cir.1988)); see also United States v. Valencia-Copete, 792 F.2d 4, 6 (1st Cir. 1986) (after proper notice, failure to file a specific objection to magistrate's report will waive the right to appeal).

    SO ORDERED.

                                            /s/ Paul Barbadoro
                                          Paul Barbadoro
                                          United States District Court

Date: May 30, 2017

cc:     Josh Matheson, pro se
         Counsel of Record